1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

LYNN HUBBARD III, SBN 69773
SCOTTLYNN J HUBBARD IV, SBN 212970
DISABLED ADVOCACY GROUP, APLC
12 Williamsburg Lane
Chico, CA 95926
Telephone:  (530) 895-3252
Facsimile:  (530) 894-8244

Attorneys for Plaintiff

S. CHRISTIAN STOUDER, SBN 149821
JESSE M. SULLIVAN, SBN 225932
HAIGHT BROWN & BONESTEEL LLP
71 Stevenson Street, 20th Floor
San Francisco, CA 94105-2981
Telephone: (415) 546-7500
Facsimile: (415) 546-7505

Attorneys for Defendant
PNS STORES INC. dba BIG LOTS #04359

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIMAS O'CAMPO, | Case No. 2:10-cv-01094-KJM-CMK |
| Plaintiff, | |
| v. | STIPULATION FOR DISMISSAL OF DEFENDANT PNS STORES, INC. dba BIG LOTS #04266 and ORDER THEREON |
| PNS STORES, INC. dba BIG LOTS #4266, et al. | |
| Defendants. | |

TO THE COURT AND TO ALL PARTIES:

Plaintiff, DIMAS O'CAMPO, and defendant, PNS STORES INC. dba BIG LOTS #04266, stipulate to and jointly request that this Court enter a dismissal with prejudice of plaintiff's complaint in the above-entitled action pursuant to Fed. R. Civ. P. 41(a)(2) **as to PNS STORES INC. dba BIG LOTS #04266 only.**

Nothing in this dismissal shall be construed to affect plaintiffs' complaint and claims against defendants other than defendant **PNS STORES INC. dba BIG LOTS #04266**.

Dated:  April 1, 2011                              DISABLED ADVOCACY GROUP, APLC


                                                  */s/   Lynn Hubbard III*
                                                  LYNN HUBBARD III
                                                  Attorney for Plaintiff DIMAS O'CAMPO


Dated:  April 1, 2011                              HAIGHT BROWN & BONESTEEL LLP


                                                  */s/   Jesse M. Sullivan*
                                                  JESSE M. SULLIVAN
                                                  Attorney for Defendant  PNS STORES, INC. dba
                                                  BIG LOTS #04266


## ORDER

IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. 2:10-cv-01094-KJM-CMK, is hereby dismissed with prejudice as to defendant PNS STORES, INC. dba BIG LOTS #04266.

Dated:  April 5, 2011.


                                                  _____
                                                  UNITED STATES DISTRICT JUDGE