IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIMAS O'CAMPO, | |
| Plaintiff, | NO. 2:10-cv-1094-KJM-CMK |
| v. | |
| PNS STORES, INC. dba BIG LOTS #04266; CHICO RETAIL, LLC; et al., | ORDER TO SHOW CAUSE |
| Defendants. | |

On August 21, 2012, the court issued an order requiring the parties to file a joint pretrial statement by October 25, 2012. (ECF 25.) The amended joint pretrial statement on file is signed by defense counsel, but the statement does not include meaningful content regarding the defense case, and does not attach exhibit and witness lists for the defense. (ECF 27.)

Accordingly, counsel for Chico Retail is hereby ordered to show cause on or before November 12, 2012 why Chico Retail should not be sanctioned, including with default judgment, for failure to prosecute. The court hereby vacates the final pretrial conference set for

/////

/////

/////

1

1 November 1, 2012 (ECF 25, 28) and the trial set for December 3, 2012 (ECF 22), with dates to
2 be reset as necessary following defendant's response to this order.
3      IT IS SO ORDERED.
4 DATED: October 31, 2012.

          UNITED STATES DISTRICT JUDGE